David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood Avenue, Suite 125
Phoenix, Arizona 85020
Telephone: (602) 252-0809
Facsimile: (602) 256-0432
E-Mail: dlk&napperlaw.com
Attorney for Defendant **CITY NATIONAL BANK**

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| AMPELIO BARRON FELIX and ANAMARIA FELIX, | Case No.: 2:09-bk-27291-CGC |
| | Adv. No. 2:09-ap-01724-CGC |
| Debtors. | |
| | (Assigned to the Honorable Charles G. Case II) |
| AMPELIO BARRON FELIX and ANAMARIA FELIX, | |
| Plaintiffs, | ANSWER |
| v. | |
| IMPERIAL CAPITAL BANK, | |
| Defendant. | |

Defendant CITY NATIONAL BANK, a national banking association, for itself and as acquirer of certain assets and liabilities of Imperial Capital Bank, from the Federal Deposit Insurance Corporation Acting as Receiver ("CNB"), hereby files its Answer to the Complaint filed by Debtors/Plaintiffs AMPELIO BARRON FELIX and ANAMARIA FELIX (collectively "FELIX"), by admitting, denying and affirmatively alleging as follows.

1. Denials all allegations of the Complaint not expressly admitted in this Answer.

2. Affirmatively alleges that FELIX lack standing to prosecute the Complaint because by reason of the Warranty Deeds dated September 23 and recorded on September 24, 2008 at Recorder's Nos. 2008-0823947 and 2008-0823948, Maricopa County, Arizona Recorder, FELIX do now own the real property, together with the improvements thereon, which are the subject of the Complaint (collectively "Property").

3. Admit Paragraphs 3, 4 and 8 of the Complaint.

4. So as to avoid needless redundancy, incorporates, as though alleged fully herein, the Proof of Claim filed in this Chapter 11 on November 2, 2009 by CNB's predecessor, Imperial Capital Bank, a California commercial bank.

5. Affirmatively alleges that as evidenced by an Appraisal bearing an effective date of October 27, 2009 prepared by Arizona Certified General Real Estate Appraiser David S. Arffa with Arffa Appraisal, LLC, the Property was worth an "as-is" value of $550,000.00 as of the initiation of this Chapter 11 on October 27, 2009, and a projected "stabilized" value of $585,000.00 as of March 27, 2010, assuming the cost to cure deferred maintenance totals $30,000.00. Further affirmatively alleges that a true and correct copy of the aforementioned Appraisal is hereby being mailed to the attorney of record for FELIX contemporaneous herewith.

6. NCB reserves the right to assert any additional affirmative defenses that may become known during the course of this litigation, including but not limited to those affirmative defenses enumerated in Rule 8(c) of the Federal Rules of Civil Procedure.

WHEREFORE, having fully answered the Complaint, NCB respectfully requests that the Court enter the following orders:

A. That the Court deny the relief sought by FELIX in its entirety, and that FELIX take nothing thereby, and

. . . .

2

Case 2:09-ap-01724-CGC    Doc 7    Filed 12/31/09    Entered 12/31/09 12:15:24    Desc
LAW OFFICES OF DAVID L. KNAPPER            Main Document    Page 2 of 3

B. For such other and further relief as the Court deems just and proper.

DATED this 31st day of December, 2009.

                                                **LAW OFFICES OF DAVID L. KNAPPER**

/s/ David L. Knapper, Esq., SB No. 010328
David L. Knapper
1599 East Orangewood Ave., Suite 125
Phoenix, Arizona 85020
Attorney for NCB

COPY of the foregoing mailed
this 31st day of December, 2009 to:

Joseph W. Charles, Esq.
JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Attorney for FELIX

/s/ David L. Knapper

3

Case 2:09-ap-01724-CGC    Doc 7    Filed 12/31/09    Entered 12/31/09 12:15:24    Desc
LAW OFFICES OF DAVID L. KNAPPER    Main Document    Page 3 of 3