**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: attyjcharles@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>AMPELIO BARRON FELIX and<br>ANAMARIA FELIX,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Adv. No: 2:09-ap-01724-CGC<br><br>Case No. 2:09-bk-27291-CGC<br><br>**MOTION TO VACATE HEARING AND TO DISMISS CHAPTER ADVERSARY HEARING**<br><br>*(Assigned to Honorable Charles G. Case II)* |

**COMES NOW** the Debtors, AMPELIO BARRON FELIX and ANAMARIA FELIX, by and through counsel undersigned, and hereby avow, state and allege as follows:

1. These adversary proceedings were initiated with the Debtors filing a complaint on December 23, 2009.

2. The secured creditor City National Bank, as successor to Imperial Capital Bank, and Debtors filed its Answer to the Adversary complaint on December 31, 2009.

3. The matter is set for a Scheduling and Procedures Conference on February 17, 2010 at 11:0 a.m., before this honorable Court.

4. The Debtors have conferred with City National Bank's counsel, David L. Knapper, concerning Debtors' Motion to Dismiss their Chapter 11 proceedings, who has agreed on behalf of his client that they have no opposition to these Chapter 11 proceedings being dismissed and to that affect they have filed a Notice of No Opposition to Debtors Causing this Bankruptcy to be Dismissed on February 4, 2010, Docket No. 77, indicating that they have no objection to the dismissal of these proceedings and would not be prejudiced by any dismissal.

5. The Debtors are fully informed as to the affects of a potential dismissal of their Chapter 11 proceedings and are aware that they will lose protection of the automatic stay to the extent that it is in effect.

NOW THEREFORE, in light of the foregoing, the Debtors respectfully request that the Court dismiss their pending Chapter 11 Adversary Proceedings.

Respectfully submitted this 17th day of February, 2010.


/s/ Ampelio Barron Felix
Ampelio Barron Felix
*Debtor*


/s/. AnaMaria Felix
AnaMaria Felix, aka Ana Maria Felix
*Debtor*


JOSEPH W. CHARLES, P.C.


By:   /s/ Joseph W. Charles
      JOSEPH W. CHARLES
      5704 West Palmaire Avenue
      Post Office Box 1737
      Glendale, Arizona  85311
      *Attorney for Debtors*

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this _____ day of
February, 2010, to:

Ampelio Barron Felix
AnaMaria Felix, aka Ana Maria Felix
Felix Family Trust, U/A Dated September 23, 2008
c/o Ampelio Barron Felix and AnaMaria Felix
aka Ana Maria Felix
Its Co-Trustees
13131 E. Ocotillo Road
Chandler, Arizona 85249-2613
*Debtors*

David L. Knapper, Esq.
LAW OFFICES OF DAVID L. KNAPPER
1599 E. Orangewood, Suite 125
Phoenix, AZ 85020
*Attorney for Movant*

 /s/ S. Borek