SO ORDERED.

Dated: February 18, 2010

*Charles Case*
CHARLES G. CASE, II
U.S. Bankruptcy Judge

JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Tel: (623) 939-6546
Fax: (623) 939-6718
Email: attyjcharles@joecharles.com

Joseph W. Charles
State Bar #003038
Attorneys for Debtors/Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>AMPELIO BARRON FELIX and<br>ANAMARIA FELIX,<br><br>          Debtors.<br>_____<br>AMPELIO BARRON FELIX and<br>ANAMARIA FELIX,<br><br>          Plaintiffs,<br><br>vs.<br><br>IMPERIAL CAPITAL BANK,<br><br>          Defendant. | Chapter 11<br><br>Case No. 2:09-bk-27291-CGC<br><br>Adv. Proc. No. 2:09-ap-01724-CGC<br><br>**ORDER DISMISSING<br>DEBTORS/PLAINTIFFS<br>ADVERSARY COMPLAINT** |

    Upon Motion to Dismiss Adversary Proceeding of the Debtors/Plaintiffs, and with good cause appearing;

    IT IS THEREFORE ORDERED that the above-captioned proceeding is hereby dismissed without prejudice.

    DONE IN OPEN COURT this _____ day of February, 2010.

                                    _____
                                    Honorable Charles G. Case II
                                    United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: brennerc          Page 1 of 1                Date Rcvd: Feb 19, 2010
Case: 09-01724                Form ID: pdf005         Total Noticed: 4

The following entities were noticed by first class mail on Feb 21, 2010.
ust          +U.S. TRUSTEE,    OFFICE OF THE U.S. TRUSTEE,    230 NORTH FIRST AVENUE,    SUITE 204,
              PHOENIX, AZ 85003-1725
pla          +AMPELIO BARRON FELIX,    13131 E. OCOTILLO RD.,    CHANDLER, AZ 85249-2613
pla          +ANAMARIA FELIX,    13131 E. OCOTILLO RD.,    CHANDLER, AZ 85249-2613
dft          +IMPERIAL CAPITAL BANK,    c/o David L. Knapper,    Law Offices of David L. Knapper,
              1599 E. Orangewood, Suite 125,    Phoenix, AZ 85020-5159

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           CITY NATIONAL BANK, a national banking association
                                                                                           TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2010**          **Signature:** _Joseph Speetjens_